IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05 C 3959 |
| ) | |
| JAMES DIFOGGIO d/b/a JAMES DIFOGGIO ) | Judge Grady |
| PLUMBING CO.; J. DIFOGGIO PLUMBING ) | Magistrate Judge Cole |
| CO., INC.; DIFOGGIO PLUMBING, INC.; and ) | |
| MDF CONSTRUCTION, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF JUDGMENT

By minute entry dated June 17, 2009, and by Agreed Judgment In A Civil Case dated June 17, 2009, both of which were filed on June 17, 2009, and entered on the Civil Docket for case 05-cv-3959 on June 19, 2009, Judgment was entered in favor of Plaintiffs, JAMES T. SULLIVAN, etc., et al, and against Defendants, JAMES DIFOGGIO d/b/a JAMES DIFOGGIO PLUMBING CO., J. DIFOGGIO PLUMBING CO., INC., DIFOGGIO PLUMBING, INC., and MDF CONSTRUCTION, INC., jointly and severally, in the amount of $1,894,246.43.

Date: 6/25/09

6-25-2009

Attorney: Douglas A. Lindsay
Lewis, Overbeck & Furman, LLP
Attorneys for: Plaintiffs
Address: 20 North Clark Street, Suite 3200
City: Chicago, IL 60602
Telephone: (312) 580-1200

John F. Grady
United States District Court Judge