IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., et al., <br>           Plaintiffs/Judgment Creditors, <br> v. <br> JAMES DIFOGGIO <br> d/b/a JAMES DIFOGGIO PLUMBING CO.; <br> J. DIFOGGIO PLUMBING CO., INC.; and <br> DIFOGGIO PLUMBING, INC.; <br>           Defendants/Judgment Debtors. | No. 05 C 3959 <br><br> Judge Grady <br><br> Magistrate Judge Cole |

## MEMORANDUM OF JUDGMENT

By Order dated May 16, 2008, and entered May 19, 2008, Judgment was entered in favor of Plaintiffs/Judgment Creditors, JAMES T. SULLIVAN, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., et al, and against Defendants/Judgment Debtors, JAMES DIFOGGIO d/b/a JAMES DIFOGGIO PLUMBING CO.; J. DIFOGGIO PLUMBING CO., INC.; and DIFOGGIO PLUMBING, INC., in the amount of $90,894.41. This is in addition to the amount of the Judgment dated June 17, 2009, and entered June 19, 2009, in favor of Plaintiffs/Judgment Creditors and against Defendants/Judgment Debtors.

Dated: 9-14-2009

ENTER:

_____
Honorable John F. Grady,
United States District Court

*Attorney for Plaintiffs/Judgment Creditors*:
Douglas A. Lindsay
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200